**IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE**

**AT NASHVILLE**

**FILED**

August 18, 1998

Cecil W. Crowson
Appellate Court Clerk

| | | |
|---|---|---|
| STATE OF TENNESSEE, | ) | |
| | ) | C.C.A. NO. 01C01-9612-CR-00531 |
| Appellee, | ) | |
| | ) | DAVIDSON COUNTY |
| VS. | ) | |
| | ) | |
| SIDNEY EWING, | ) | |
| | ) | |
| Appellant. | ) | |

**O R D E R**

This matter is before the Court upon the appellant's pro se letter indicating that he wishes to continue his appeal. On June 19, 1998, this Court released its opinion affirming the appellant's convictions. The appellant is represented by John B. Blair, III, who is temporarily suspended from the practice of law. It appears that counsel did not notify the appellant that an opinion had been released or that an application for permission to appeal to the Supreme Court must be filed within 60 days. See T.R.A.P. 11.

Due to the time restraints, this Court finds that it is in the interest of justice to vacate and reinstate our opinion in this cause, giving the appellant a full opportunity to file an application pursuant to T.R.A.P. 11. Moreover, this Court finds that Mr. Blair, counsel of record for the appellant, is not licensed to practice law and is therefore, precluded from representing the appellant in the above-styled cause.

IT IS, THEREFORE, ORDERED that this Court's opinion, entered on June 19, 1998, is hereby vacated and shall be reentered as of the date of this order. IT IS FURTHER ORDERED John B. Blair, III, is hereby relieved as counsel. A copy of this order shall be sent to the appellant, to Mr. Blair, and to the Tennessee Board of Professional Responsibility.

PER CURIAM